**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCIS MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>HANJIN SHIPPING COMPANY, LTD, HANJIN SHIP MANAGEMENT COMPANY, LTD, HANJIN SHIPPING AMERICA, LLC, HANJIN SHIPPING TEC, LLC, MS PHOENIX GMBH & CO., KG, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. CV 13-3114JAK(JCx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>JS-6 |

///

///

- 1 -

1   Based on the Stipulation filed by the parties, IT IS HEREBY ORDERED
2   that Plaintiff's entire action, including all claims, is dismissed, with prejudice, with
3   each party to bear its own costs and attorneys' fees.

6   DATED: March 28, 2014   _____
                             HONORABLE JOHN A. KRONSTADT
                             UNITED STATES DISTRICT COURT